# Third District Court of Appeal
## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-698
Lower Tribunal No. 19-37283
_____

**Frantz Olivier & Associates, P.A., etc., et al.,**
Appellants,

vs.

**Patch of Land LLC #201500001,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Olivier & Associates, P.A., and Frantz Olivier, for appellants.

Law Offices of Damian G. Waldman, P.A., and Damian G. Waldman and Farha Ahmed (Largo), for appellee.


Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.